# SUPERIOR COURT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Com. v. Priovolos .................... | 1122 EDA 2015<br>Affirmed | 06/01/2016 | CP–09–CR–0002581–<br>2014<br>(Bucks) |
| In re Estate of Furey [1] ................ | 1464 EDA 2015<br>Affirmed | 06/01/2016 | No. 2013–X2478<br>(Montgomery) |
| Com. v. Benton ...................... | 1875 EDA 2015<br>Affirmed | 06/01/2016 | CP–51–CR–03077971–<br>2005<br>(Philadelphia) |
| Com. v. Armstrong ................... | 1963 EDA 2015<br>Affirmed | 06/01/2016 | CP–23–CR–0006618–<br>2011<br>(Delaware) |
| Com. v. Skopinski [2] ................... | 2773 EDA 2015<br>Affirmed | 06/01/2016 | CP–09–CR–0004861–<br>2009<br>(Bucks) |
| Com. v. Bowen ...................... | 514 MDA 2015<br>Affirmed | 06/01/2016 | CP–67–CR–0002096–<br>2010<br>(York) |

1. Petition for reargument denied August 15, 2016.
2. Petition for reargument denied August 03, 2016.